

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00250-CR

David Earl **BLACK**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR3293A
Honorable Mary D. Roman, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED May 14, 2014.

_____
Rebeca C. Martinez, Justice